UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA LASER, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DELUCA-MAISTO PROPERTIES, LTD d/b/a STEVE MAISTO INSURANCE and SENIOR HEALTHCARE SOLUTIONS, and 57 WEST MAIN STREET LLC<br>Defendant. | Case No.:<br>2:20-cv-00489-ERK-PK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, LINDA LASER, and Defendant, DELUCA-MAISTO PROPERTIES, LTD d/b/a STEVE MAISTO INSURANCE and SENIOR HEALTHCARE SOLUTIONS, and 57 WEST MAIN STREET LLC, by and through their undersigned counsel, pursuant to 41(a)(1)(A)(ii), hereby stipulate to the dismissal *with prejudice* of the above-captioned action in its entirety, with each party to bear its own fees and costs. Counsel for Defendant has authorized Plaintiff's counsel to file this joint stipulation on behalf of both parties.

Dated: Melville, NY
December 28, 2020

**LAW OFFICE OF DARRYN G. SOLOTOFF, PLLC**

By: _____
Darryn Solotoff, Esq.
*Attorney for Plaintiff*
25 Melville Park Road, Suite 108
Melville, New York 11747
Tel: 516.695.0052
ds@lawsolo.net

**BLODNICK FAZIO & CLARK**

By: _____
Adam Crowley, Esq.
*Attorney for Defendant*
57 West Main Street, Suite 220
Babylon, New York 11702
Tel: 631.669.6300
acrowley@bfclaws.com

**SO ORDERED**
1/4/2021
s/Edward R. Korman, USDJ
Hon. Edward R. Korman
United States District Judge